United States Bankruptcy Court
District of Puerto Rico

In re:                                                              Case No. 16-07239-ESL
JOSE LUIS FERNANDEZ PAGAN                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3        User: irizm            Page 1 of 1            Date Rcvd: Jul 10, 2018
                            Form ID: oexttm        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db          +JOSE LUIS FERNANDEZ PAGAN,    PMB 487,    267 CALLE SIERRA MORENA,    SAN JUAN, PR 00926-5574

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              AGUSTIN   MANGUAL AMADOR    on behalf of Creditor    Asoc. Res. Los Montes, Inc.
               bufetemangual@yahoo.com
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com
              CARLOS G BATISTA JIMENEZ    on behalf of Creditor    BANCO POPULAR DE PUERTO RICO
               lcdobatista@frauyasoc.com
              JUAN CARLOS BIGAS VALEDON     on behalf of Debtor JOSE LUIS FERNANDEZ PAGAN cortequiebra@yahoo.com,
               juancbigaslaw@gmail.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JOSE LUIS FERNANDEZ PAGAN**

**xxx–xx–6833**

Debtor(s)

Case No. **16–07239 ESL**

Chapter **13**

FILED & ENTERED ON 7/10/18

### ORDER

The motion filed by Debtor requesting extension of time of 20 days to answer Trustee's motion to modify or dismiss (docket #67) is hereby granted. Order due by July 26, 2018.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, July 10, 2018 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge