```
                        United States Bankruptcy Court
                            District of Puerto Rico
In re:                                                       Case No. 16-07239-ESL
JOSE LUIS FERNANDEZ PAGAN                                    Chapter 13
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0104-3          User: irizm              Page 1 of 2           Date Rcvd: Jul 31, 2018
                              Form ID: odct            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db             +JOSE LUIS FERNANDEZ PAGAN,    PMB 487,    267 CALLE SIERRA MORENA,    SAN JUAN, PR 00926-5574
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,     PO BOX 9020192,    SAN JUAN, PR   00902-0192
smg            +PR DEPARTMENT OF LABOR,    PO BOX 195540,    HATO REY, PR 00919-5540
4354596         ASOC. RES. LOS MONTES, INC.,    PO BOX 1043,    SABANA SECA, PR   00952-1043
4354605        ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:    THE HOME DEPOT,    PO BOX 6029,    THE LAKES, NV 88901)
4354599         DEPARTAMENTO DE TRANSPORTACION,    Y OBRAS PUBLICAS,    PO Box 41269,    San Juan, PR   00940-1269
4507144        +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
4354600         ERS HOUSING ADMINISTRATION SERVICES INC,     PO Box 1043,    Sabana Seca, PR   00952-1043
4354602         LCDO AGUSTIN MANGUAL AMADOR,    PO Box 1043,    Sabana Seca, PR   00952-1043
4354603         NORTHSTAR GUARNTY,    PO Box 129,    Truckee, CA   96160-0129
4354604         SANTANDER FINANCIAL,    D/B/A ISLAND FINANCE,    PO Box 71504,    San Juan, PR   00936-8604
4354601         US Bank as Eligible Lender Trustee for N,     Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov Jul 31 2018 19:20:13     DEPARTAMENTO DE HACIENDA,
                 PO BOX 9024140,    OFICINA 424-B,   SAN JUAN, PR   00902-4140
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 31 2018 19:18:56      US TRUSTEE,
                 EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,   SAN JUAN, PR   00901-1922
4354597         E-mail/Text: marilyn.gonzalez@popular.com Jul 31 2018 19:19:49     BANCO POPULAR DE PUERTO RICO,
                 MORTGAGE COUNSELING AND BANKRUPTCY (762),    PO BOX 362708,    SAN JUAN PR   00936-2708
4354598         E-mail/Text: quiebras@bspr.com Jul 31 2018 19:19:38     BANCO SANTANDER,    PO Box 362589,
                 San Juan, PR   00936-2589
4406626         E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 31 2018 19:19:44     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4408345         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2018 19:21:46
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4400346        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2018 19:19:37     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
4354606         E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 19:22:42     WALMART,    PO Box 960024,
                 Orlando, FL   32896-0024
                                                                                             TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Asoc. Res. Los Montes, Inc.,    PO BOX 1043,    SABANA SECA, PR   00952-1043
cr*            +BANCO POPULAR DE PUERTO RICO,    MORTGAGE COUNSELING AND BANKRUPTCY (762),    PO BOX 362708,
                 SAN JUAN, PR 00936-2708
cr*            +ECMC,   PO BOX 16408,    ST PAUL, MN 55116-0408
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              AGUSTIN  MANGUAL AMADOR    on behalf of Creditor   Asoc. Res. Los Montes, Inc.
               bufetemangual@yahoo.com
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com
```

```
District/off: 0104-3          User: irizm              Page 2 of 2               Date Rcvd: Jul 31, 2018
                              Form ID: odct            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              CARLOS G BATISTA JIMENEZ    on behalf of Creditor    BANCO POPULAR DE PUERTO RICO
               lcdobatista@frauyasoc.com
              JUAN CARLOS BIGAS VALEDON    on behalf of Debtor JOSE LUIS FERNANDEZ PAGAN cortequiebra@yahoo.com,
               juancbigaslaw@gmail.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
                                                                                           TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **JOSE LUIS FERNANDEZ PAGAN** <br><br> xxx−xx−**6833** <br><br><br> Debtor(s) | Case No. **16−07239 ESL** <br><br> Chapter **13** <br><br><br> FILED & ENTERED ON 7/31/18 |

## ORDER DISMISSING CASE

The motion to dismiss filed by the chapter 13 trustee (docket #66), having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, July 31, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge